# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2014

## NO. 03-12-00090-CV

### In the Interest of R. N. P. and E. A. P.

**APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on January 11, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.